| | |
|---|---|
| EMPIRE LOFTS CONDOMINIUM ASSOCIATION, <br>       *Plaintiff* <br><br> v. <br><br> AC&R INSULATION CO., INC., <br>       *Defendant* | : IN THE U.S. DISTRICT COURT FOR <br> : THE DISTRICT OF COLUMBIA <br> : <br> : <br> : <br> : No. 1:15-cv-792 <br> : <br> : <br> : |

## COMPLAINT

AND NOW, this 29th day of May, 2015, Plaintiff, Empire Lofts Condominium Association, by and through its counsel, Summers Nagy Law Offices, files the following Complaint.

### JURISDICTION AND VENUE

1. Plaintiff, Empire Lofts Condominium Association, (hereinafter, "Empire") is a condominium association with an office located at 1735 Johnson Avenue Northwest, Washington, District of Columbia 20009.

2. Defendant, AC&R Insulation Co., Inc., (hereinafter, "AC&R") is a corporation with an office located at 7085 Dorsey Run Road, Elkridge, Maryland 21075.

3. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332.

4. The facts giving rise to this cause of action took place in the District of Columbia and therefore, venue properly lies in this Court.

## FACTS

5. On or about March 15, 2014, a fire ignited at Empire.

6. The occupants of Unit D and Unit F immediately notified the local fire department and the fire was promptly extinguished.

7. Upon information and belief, AC&R had recently performed work in the vicinity of the fire.

8. Upon information and belief, AC&R installed a foam too close to a chimney flue system, which caused the fire.

9. The incident also caused unsustainable living conditions in Unit D.

10. The unsustainable living conditions required Unit D's occupants to find acceptable alternative living arrangements for an extended period of time.

11. Plaintiff has been damaged in an amount of $253,889.66.

12. Plaintiff has repeatedly provided AC&R with notice regarding this claim.

13. Plaintiff made demand to AC&R to pay this claim and AC&R failed and refused to pay the claim.

14. On or about April 23, 2015, plaintiff forwarded a detailed demand to AC&R outlining plaintiff's damages.

15. As of this date, AC&R has not disputed the cause and origin of the fire.

16. AC&R has failed to pay any amount of monies and has not contradicted the applicable damage value.

## COUNT ONE - NEGLIGENCE

17. Plaintiff incorporates preceding paragraphs as if fully set forth herein.

18. The incident resulted from the negligence of Defendant AC&R and was in no manner whatsoever due to any act or failure to act on the part of Empire.

19. Empire would not have suffered these extensive damages if AC&R had properly installed the insulation.

20. AC&R negligently failed to properly install the insulation, which caused the property damage described herein.

21. AC&R had a duty to reasonably and properly install the insulation, which caused the property damage described herein.

22. AC&R had a duty to take reasonable precautions, including but not limited to, the aforesaid installation, so as to avoid causing damage to the property of others.

23. AC&R failed to properly install the insulation around the chimney flue system, thereby breaching its duties to the Plaintiff.

24. AC&R caused or contributed to damage when its employees, agents, or servants improperly installed the insulation.

25.     AC&R's breach of its duties is the proximate cause of the Plaintiff's, damages.

26.     AC&R's negligent actions have damaged Plaintiff and cost Plaintiff $253,889.66.

**WHEREFORE**, Plaintiff, Empire Lofts Condominium Association respectfully requests that it be awarded $253,889.66 in damages and any other relief authorized under the law.

SUMMERS NAGY LAW OFFICES

By: _____
Sean E. Summers, Esquire
35 South Duke Street
York, PA 17401
(717) 812-8100
Fax: (717) 812-8108
E-mail: ssummers@summersnagy.com
*Attorney for Plaintiff, Empire Lofts Condominium Association*
